appellant. E. C. Kindleberger, for the People. No opinion. Judgment affirmed. Order filed.

PEOPLE, Respondent, v. SMITH, Appellant. (Supreme Court Appellate Division, Fourth Department. October 17, 1906.) Proceedings by the people of the state of New York against George A. Smith. No opinion. Motion to dismiss appeal granted solely upon the ground that this court has no jurisdiction to entertain the appeal.

PEOPLE v. SOMME. (Supreme Court, Appellate Division, First Department. December 14, 1906.) Proceedings by the people of the state of New York against Joseph Somme. No opinion. Motion denied. Order filed.

PEOPLE, Respondent, v. WAGAR, Appellant. (Supreme Court, Appellate Division, Fourth Department. December 28, 1906.) Proceedings by the people of the state of New York against Cyrus B. Wagar.

PER CURIAM. Judgment and orders affirmed.

WILLIAMS and KRUSE, JJ., dissent.

PEOPLE, Respondent, v. WIEGAND, Appellant. (Supreme Court, Appellate Division, Fourth Department. December 5, 1906.) Proceedings by the people of the state of New York against Alice Wiegand. No opinion. Judgment affirmed.

PEOPLE, Respondent, v. WHITEMAN, Appellant. (Supreme Court, Appellate Division, Fourth Department. December 7, 1906.) Proceedings by the people of the state of New York against Alonzo J. Whiteman. No opinion. Judgment of conviction affirmed.

PEOPLE v. WILLIS. (Supreme Court, Appellate Division, First Department. December 14, 1906.) Proceedings by the people of the state of New York against John H. Willis. No opinion. Motion granted. Order filed.

PEOPLE ex rel. BAUM, Appellant, v. BUTLER, Com'r, Respondent. (Supreme Court, Appellate Division, First Department. December 28, 1906.) Proceedings by the people of the state of New York, on the relation of Joseph L. Baum, against Edmond J. Butler, commissioner, etc. C. W. Francis for appellant. W. B. Crowell, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

PEOPLE ex rel. BEATTY v. BEATTY. (Supreme Court, Appellate Division, First Department. December 14, 1906.) Proceedings by the people of the state of New York, on the relation of Nellie C. Beatty, against Herbert T. Beatty. No opinion. Motion granted. Order filed.

PEOPLE ex rel. CORLIES v. WOODBURY, Com'r. (Supreme Court, Appellate Division, First Department. December 7, 1906.) Proceedings by the people of the state of New York, on the relation of Jacob V. Corlies, against John McG. Woodbury, commissioner. G. M. Barry, for relator. T. Connoly, for respondent. No opinion. Proceedings affirmed, and writ dismissed, with $50 costs and disbursements. Order filed.

PEOPLE ex rel. CRAHAN v. BINGHAM, Com'r. (Supreme Court, Appellate Division, First Department. October 19, 1906.) Proceedings by the people of the state of New York, on the relation of Thomas T. Crahan, against Theodore A. Bingham, as commissioner. J. F. Lynch, for relator. T. Connoly, for respondent. No opinion. Writ dismissed, and proceedings affirmed, with $50 costs and disbursements. Order filed.

PEOPLE ex rel. FARRINGTON, Appellant, v. MENSCHING, Peace Officer, Respondent. (Supreme Court, Appellate Division, First Department. October 19, 1906.) Proceedings by the people of the state of New York, on the relation of Irving L. Farrington, against Louis Mensching, a peace officer, etc. H. E. Parke, for appellant. E. C. Kindleberger, for respondent. No opinion. Order affirmed on the authority of Hatch v. Reardon, 184 N. Y. 431, 77 N. E. 970. Order filed.

PEOPLE ex rel. GESL et al., Appellants, v. CITY OF BUFFALO, Respondent. (Supreme Court, Appellate Diision, Fourth Department. October 17, 1906.) Proceedings by the people of the state of New York, on the relation of John Gesl, Jr., and others, against the city of Buffalo. No opinion. Judgment and order affirmed, with costs.

PEOPLE ex rel. GRADY, Appellant, v. STURGIS, Fire Com'r, Respondent. (Supreme Court, Appellate Division, Second Department. November 28, 1906.) Proceedings by the people of the state of New York, on the relation of Alexander Grady, against Thomas Sturgis, as fire commissioner of the city of New York. No opinion. Determination confirmed, without costs.

PEOPLE ex rel. HURLBUT, Appellant, v. BINGHAM, Police Com'r, Respondent. (Supreme Court, Appellate Division, Second Department. November 16, 1906.) Proceedings by the people of the state of New York, on the relation of Henry Hurlbut, against Theodore A. Bingham, as police commissioner of the city of New York. No opinion. Order affirmed, with $10 costs and disbursements.

PEOPLE ex rel. LEACH v. CENTRAL FISH CO. et al. (Supreme Court, Appellate Division, First Department. December 14, 1906.) Proceedings by the people of the state of New York, on the relation of Edward Leach, against the Central Fish Company and others. No opinion. Motion granted. Order filed.